## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

**In Re:**   *MATTIE ROBINSON STOUT*                    **Case No.:**   *06-02445-8-JRL*

<u>REPORT OF UNCLAIMED DIVIDEND</u>

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| <u>NAME AND LAST KNOWN ADDRESS</u> | <u>AMOUNT OF DIVIDEND</u> |
|---|---|
| *COASTAL FEDERAL CREDIT UNION*<br>*PO BOX 58429*<br>*RALEIGH, NC 27658* | $5.58 |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  <u>February 4, 2010</u>

<u>/S/ RICHARD M. STEARNS</u>
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295